IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

CHAD R. GOETZ,

       Plaintiff,

              Civil Action No.
 vs.             5:13-CV-0051 (NAM/DEP)

RICHARD J. BOUDREAU & ASSOCIATES, LLC

       Defendant.

_____

APPEARANCES:    OF COUNSEL:

CHAD R. GOETZ
P.O. Box 234
Liverpool, New York 13088
*Plaintiff, Pro Se*

RICHARD J. BOUDREAU  HEATHER QUIGLEY WALLACE, ESQ.
 & ASSOCIATES, LLC
41 Kenosia Avenue, Suite 302
Danbury, Connecticut 06810
*Attorney for Defendant*

**Norman A. Mordue, Senior U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

  The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2)  The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3)  The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: August 13, 2013
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge